## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| Gilbert M. Defrietas<br><br>    Plaintiffs<br>v.<br><br>Hess Corporation, Hess Oil Virgin Islands Corporation, Lockheed Martin Corp. and Glencore Ltd.<br><br>    Defendants | Civil Number 1:20-cv-045<br><br>ACTION FOR DAMAGES<br><br>JURY TRIAL DEMANDED |

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that KEVIN A. RAMES, ESQ., of the LAW OFFICE OF K. A. RAMES, P.C., hereby notices his appearance as counsel of record for the Defendant, Lockheed Martin Corporation, in the captioned cause.  It is requested that copies of all pleadings filed with the Court by any party in this matter be served upon the undersigned at the email and physical addresses set out below.

September 2, 2020         Respectfully Submitted,

                    _____
                    Kevin A. Rames, Esq.
                    V.I. Bar Number 193
                    Law Offices of K.A. Rames, P.C.
                    2111 Company Street, Suite 3
                    Christiansted, VI 00820
                    Telephone: (340) 773-7284
                    Facsimile: (340) 773-7282
                    kevin.rames@rameslaw.com

*Defrietas  v. Hess Oil Corp., et. al*
Notice of Appearnce
Civil Number 1:20-cv-045
Page 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd of September, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served via email on the following counsel of record:

Korey A. Nelson, Esq.
H. Rick Yelton, Esq.
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
knelson@burnscharest.com

Carl A. Beckstedt III, Esq.
Beckstedt & Kuczynski LLP
2162 Church Street
Christiansted, VI  00820-4604
carl@beckstedtlaw.com

J. Russell B. Pate, Esq.
THE PATE LAW FIRM
P.O. Box 890
St. Thomas, USVI 00804
Telephone: (340) 777-7283
pate@sunlawvi.com

Kevin A. Rames, Esq.
.