## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

| | |
|---|---|
| Gilbert Defreitas, <br><br> *Plaintiff* <br><br> v. <br><br> Hess Corporation, *et al.*, <br><br> *Defendants.* | **SX-20-CV- 45** <br> *Sup Ct. SX-20-CV-622* <br><br> **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Korey A. Nelson, Esq., and Warren T. Burns, Esq., of the law firm of Burns Charest LLP, hereby enter their appearance in this action as counsel for the Plaintiff.

**DATED:**   September 9, 2020            Respectfully submitted,

/s/ Korey A. Nelson Esq.
Korey A. Nelson, Esq. (V.I. Bar No.R2012)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

/s/ Warren T. Burns Esq.
Warren T. Burns, Esq. (V.I. Bar No.R2004)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day September, 2020, a copy of the foregoing was served by via CMECF on all counsel of record.