**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| Gilbert Defreitas, | Civil Action No. 1:20-cv-00045 |
| *Plaintiff*, | Jury Trial Demanded |
| v. | |
| Hess Corp., Hess Oil Virgin Islands Corp., and Lockheed Martin Corp., | |
| *Defendants*. | |

## JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT LOCKHEED MARTIN CORP.

All parties, through their respective undersigned counsel, hereby stipulate to the dismissal, with prejudice, of Plaintiff's claims against Lockheed Martin Corp. in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with Plaintiff and Lockheed Martin to bear their respective costs.

Dated: November 1, 2021

Respectfully submitted,

/s/ C. Jacob Gower
Korey A. Nelson, Esq.
C. Jacob Gower, Esq.
H. Rick Yelton, Esq.
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Fax: (504) 881-1765
knelson@burnscharest.com
jgower@burnscharest.com
ryelton@burnscharest.com

Warren T. Burns, Esq.
Daniel H. Charest, Esq.
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dcharest@burnscharest.com

J. Russell B. Pate, Esq.
**THE PATE LAW FIRM**
P.O. Box 370
Christiansted, VI 00821
Telephone: (340) 777-7283
Facsimile: (888) 889-1132
pate@sunlawvi.com

*Counsel to Plaintiff*

/s/ Peter R. Montecuollo
Peter R. Montecuollo, Esq.
**SHOOK, HARDY & BACON LLP**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 474-5547
pmontecuollo@shb.com

Kevin A. Rames, Esq.
**LAW OFFICE OF KEVIN A. RAMES, P.C.**
2111 Company Street, Suite 3
St. Croix, VI 00820
Telephone: (340) 773-7284
Facsimile: (340) 773-7282
Kevin.rames@rameslaw.com

*Counsel to Lockheed Martin Corp.*

*/s/ Carolyn F. O'Connor*
Carolyn F. O'Connor, Esq.
Joseph Hanlon, Esq.
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
200 Campus Drive
Florham Park, NJ 07932-0668
Telephone: 973.624.0800
Facsimile: 973.624.0808
carolyn.oconnor@wilsonelser.com
joseph.hanlon@wilsonelser.com

Carl A. Beckstedt, III, Esq.
**BECKSTEDT & KUCZYNSKI LLP**
2162 Church Street
Christiansted, VI 00820
Telephone: (340) 719-8086
Facsimile: (800) 886-6831
carl@beckstedtlaw.com

*Counsel to Hess Corp. and Hess Oil New York Corp., as successor to Hess Oil Virgin Islands Corp.*