**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **GILBERT DEFREITAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 2020-0045** |
| **v.** | ) | |
| | ) | |
| **HESS CORPORATION, HESS OIL** | ) | |
| **VIRGIN ISLANDS CORP., and** | ) | |
| **LOCKHEED MARTIN CORP.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**Attorneys:**
**J. Russell B. Pate, Esq.,**
St. Thomas, U.S.V.I.
**Charles Jacob Gower, Esq.,**
**Korey A. Nelson, Esq.,**
**Harry Richard Yelton, Esq.,**
New Orleans, LA
**Martin D. Barrie, Esq.,**
Maryville, TN
**Warren T. Burns, Esq.,**
Dallas, TX
      *For Plaintiff*

**Carl A. Beckstedt, III, Esq.,**
**Michael A. Rogers, Esq.,**
St. Croix, U.S.V.I.
**Carolyn F. O'Connor, Esq.,**
**Joseph T. Hanlon, Esq.,**
Florham Park, NJ
      *For Defendants Hess Corporation and*
       *Hess Oil Virgin Islands Corp.*

**Robert J. Kuczynski, Esq.,**
St. Croix, U.S.V.I.
      *For Defendant Hess Oil Virgin Islands Corp.*

**Semaj I. Johnson, Esq.,**
**Kevin A. Rames, Esq.,**
St. Croix, U.S.V.I.
      *For Defendant Lockheed Martin Corporation*

## ORDER

THIS MATTER comes before the Court on the parties' "Joint Stipulation of Dismissal of Plaintiff's Claims Against Defendant Lockheed Martin Corp." wherein the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), give notice to the Court that they stipulate to the dismissal of Plaintiff's claims with prejudice against Defendant Lockheed Martin Corporation ("Lockheed Martin"). (Dkt. No. 71). The parties also report that Plaintiff and Lockheed Martin will "bear their respective costs." *Id*.

**UPON CONSIDERATION** of the foregoing, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the parties' "Joint Stipulation of Dismissal of Plaintiff's Claims Against Defendant Lockheed Martin Corp." (Dkt. No. 71) is **ACCEPTED**; and it is further

**ORDERED** that the Joint Stipulation serves to **DISMISS WITH PREJUDICE** the instant action as to Defendant Lockheed Martin Corporation only, with the Plaintiff and Lockheed Martin to bear their respective costs.

**SO ORDERED.**

Date: December 12, 2022

_____/s/_____
WILMA A. LEWIS
District Judge

2